

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00362-CR

**EX PARTE** Mario Leon **WHITE**

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2013W0117
Honorable Andrew Carruthers, Judge Presiding

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice

Delivered and Filed:  August 28, 2013

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

The motion is granted, and this appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH